**DISMISS and Opinion Filed March 21, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00682-CV**

**DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, AND THE CITY OF COPPELL, Appellants**

**V.**

**CKI LOCKER, LLC, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-16-02375**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Goldstein
Opinion by Justice Reichek

Appellants have filed a motion to dismiss the appeal because they no longer wish to prosecute it. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210682F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, AND THE CITY OF COPPELL, Appellants

On Appeal from the 160th Judicial District Court, Dallas County, Texas Trial Court Cause No. TX-16-02375. Opinion delivered by Justice Reichek. Justices Partida-Kipness and Goldstein participating.

No. 05-21-00682-CV    V.

CKI LOCKER, LLC, Appellee

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee CKI LOCKER, LLC recover its costs of this appeal from appellants DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, AND THE CITY OF COPPELL.

Judgment entered March 21, 2022